UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEARL LANIER BRYAN,

    Plaintiff,

v.                                                           CASE NO: 8:08-cv-794-T-23EAJ

COUNTRYWIDE HOME LOANS, et al.,

    Defendants.
_____/

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 33) the pro se plaintiff's motions (Docs. 20, 30) for entry of final judgment to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's October 10, 2008, report (Doc. 43), the plaintiff objects (Doc. 44).

A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the plaintiff's objections (Doc. 44) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 43) is **ADOPTED**. The plaintiff's motions (Docs. 20, 30) for entry of final judgment are **DENIED**. On or before **Friday, November 14, 2008**, the plaintiff may amend the complaint.

ORDERED in Tampa, Florida, on October 27, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE